**Order entered January 23, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01245-CR
No. 05-13-01246-CR

**CHAD EUGENE APPLETON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 196th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause Nos. 28881, 28882**

## ORDER

Appellant has informed the Court that he wishes to file a pro se response to the *Anders* brief filed by appellate counsel. In her motion to withdraw, counsel states she sent appellant copies of the clerk's and reporter's records. Accordingly, we **GRANT** appellant's January 10, 2014 request for an extension of time to file his pro se response.

Appellant's pro se response is due by **MARCH 17, 2014**. If the response is not received by the date specified, the appeals will be submitted on the *Anders* brief alone.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Chad Appleton, TDCJ No. 01879585, Telford Unit, 3899 State Hwy 98, New Boston, TX 75570.

/s/     LANA MYERS
        JUSTICE